JAMES E. EVANS *et al.*, Plaintiffs-Appellees, *v.* ELMO NIXON, formerly d/b/a CROWN REALTY COMPANY *et al.*, Defendants-Appellants.

(No. 72-9;

Fifth District—January 4, 1974.

Opinion by Mr. JUSTICE EBERSPACHER.

Russell Baird and Henry W. Nieman, both of Belleville, for appellants.

Walker & Williams, of Belleville, for appellees.